# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV230** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CRUM & FORSTER, d/b/a UNITED STATES FIRE INSURANCE COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." The plaintiff filed the instant action on June 27, 2011. **See** Filing No. 1. On July 26, 2011, the court granted the defendant an extension of time to answer, until September 1, 2011. **See** Filing No. 13 - Text Entry. On August 22, 2011, the court directed the parties to file a joint planning conference report by September 15, 2011. **See** Filing No. 14. Thereafter, the defendant filed a joint stipulation seeking additional time to answer, until October 18, 2011. **See** Filing No. 15. The court granted the extension. **See** Filing No. 16 - Text Entry. At that time, the court also extended the planning conference report deadline to October 18, 2011. *Id.* On September 2, 2011, the court entered a notice reminding the defendant of the obligation to file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. **See** Filing No. 17 - Text Entry. No other progress has taken place in this matter. It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate. Upon consideration,

**IT IS ORDERED:**

The plaintiff has until the close of business **on November 9, 2011**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed for failure to prosecute.

Dated this 31st day of October, 2011.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge