IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NO. 8:11-CV-00230 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |
| CRUM & FORSTER, d/b/a UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Joint Stipulation for Dismissal with Prejudice by the parties. Being fully advised in the premises, the Court orders that all claims are dismissed, with prejudice, with each party to pay their own costs and attorneys' fees.

DATED this 31st day of October, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF DISTRICT JUDGE

#503570